■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TEVIN N. WILLIAMS, Also Known as "TRIGGER TREY," Appellant. [998 NYS2d 909]—Appeals by the defendant from two judgments of the County Court, Orange County (De Rosa, J.), both rendered September 27, 2012, convicting him of assault in the first degree under indictment No. 712-2011, and assault in the first degree under indictment No. 260-2012, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Elmer*, 19 NY3d 501, 510 [2012]; *People v Bradshaw*, 18 NY3d 257, 265 [2011]; *People v Brown*, 122 AD3d 133, 137, 141 [2014]) and, thus, does not preclude review of his excessive sentence claims. However, contrary to the defendant's contentions, the sentences imposed were not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Skelos, J.P., Sgroi, Maltese and Duffy, JJ., concur.